# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MEAGAN E. AITCHISON**                                                         **PLAINTIFF**

v.                           **Case No. 4:20-cv-00540-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                 **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 20).  Plaintiff Meagan E. Aitchison has not filed any objections to the Proposed Findings and Recommended Disposition, and the time to file objections has passed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Ms. Aitchison's complaint is dismissed with prejudice (Dkt. No. 2).  Judgment will be entered accordingly.

It is so ordered this the 7th day of February, 2022.

                                                              Kristine G. Baker
                                                              United States District Judge