# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MEAGAN E. AITCHISON**                                                          **PLAINTIFF**

v.                              **Case No. 4:20-cv-00540-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff Meagan E. Aitchison's complaint is dismissed with prejudice. The relief requested is denied.

So adjudged this the 7th day of February, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge